JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Martin Vogel, | CV 16-00887-RSWL-AJWx |
| Plaintiff, | **JUDGMENT** |
| v. | |
| Winchell's Donut Houses Operating Company, LP. | |
| Defendant. | |

**WHEREAS**, on May 18, 2017, the Court granted Defendant' Winchell's Donut Houses Operating Company L.P.'s ("Defendant") Motion for Summary Judgment [32].

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that judgment be entered in favor of Defendant and against Plaintiff Martin Vogel ("Plaintiff").

This action is hereby dismissed in its entirety.

**IT IS SO ORDERED.**

DATED: May 18, 2017          s/ RONALD S.W. LEW

**HONORABLE RONALD S.W. LEW**
Senior U.S. District Judge

1